B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In re *James Chester Weseman and Lori Morse Weseman*　　　　　Case No. *10-11927*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7

_____ / Debtor

**AMENDED**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 989,876.00 | | |
| B-Personal Property | Yes | 5 | $ 58,334.00 | **AMENDED** | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 1 | | $ 994,621.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 142,579.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | $ 140,918.00 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 5,954.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 9,791.00 |
| TOTAL | | 21 | $ 1,048,210.00 | $ 1,278,118.00 | |

**AMENDED**

B6B (Official Form 6B) (12/07)

In re **James Chester Weseman and Lori Morse Weseman**,  Case No. **10-11927**
Debtor(s)  (if known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended 11012010
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | Auto - 1966 Lotus Elan S2        **AMENDED**<br>Mileage:   Unknown<br>(Project car - not registered, dissassembled)<br>(Valuation based on Trustee's expert)<br>Location: In debtor's possession | C | $ 5,000.00 |
| | | Auto - 1973 BMW 2002 Tii        **AMENDED**<br>Mileage: Approx. 338,025<br>(Body damage/Extensive Modifications)<br>(Valuation based on Trustee's expert)<br>Location: In debtor's possession | C | $ 5,000.00 |
| | | Auto - 1987 Jeep Comanche        **AMENDED**<br>Mileage: Approx. 300,000 | H | $ 600.00 |

Page  2  of  5

**AMENDED**

B6B (Official Form 6B) (12/07)

In re _James Chester Weseman and Lori Morse Weseman_,   Case No. _10-11927_
                Debtor(s)                                                               (if known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended 11012010
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | (Body damage/Needs engine & Transmission work) (Valuation based on Trustee's expert) Location: In debtor's possession | | |
| | | Auto - 1999 Toyota 4Runner **AMENDED** Mileage: Approx. 124,000 (Valuation based on Trustee's expert) Location: In debtor's possession | H | $ 4,000.00 |
| | | Motorcycle - 1959 Velocette Venom 500cc Single **AMENDED** Mileage: Unknown (Not Registered/Non-Operational) (Valuation based on Trustee's expert) Location: In debtor's possession | C | $ 7,500.00 |
| | | Motorcycle - 1969 Triumph T120R 650cc Twin **AMENDED** Mileage: Approx. 29,500 (Not registered/Non-Operational) (Valuation based on Trustee's expert) Location: In debtor's possession | C | $ 3,000.00 |
| | | Motorcycle - 1971 Norton Commando 750cc Twin **AMENDED** Mileage: Approx. 19,000 (Not registered/Non-Operational) (Valuation based on Trustee's expert) Location: In debtor's possession | C | $ 4,000.00 |
| | | Motorcycle - 1974 Norton Commando 850cc Twin **AMENDED** Mileage: Approx. 21,000 (Valuation based on Trustee's expert) (Not registered/Non-Operational) Location: In debtor's possession | C | $ 5,000.00 |

Page _3_ of _5_

B6B (Official Form 6B) (12/07)

In re **James Chester Weseman and Lori Morse Weseman**, Case No. **10-11927**
Debtor(s) (if known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended 11012010
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Motorcycle - 1992 BMW R100GS 980cc Twin  Mileage: Approx. 49,000  (Not registered/Body Damage)  (Valuation based on Trustee's expert)  Location: In debtor's possession  **AMENDED** | C | $ 3,000.00 |
| | | Motorcycle - 1998 Ducati Monster M900 Twin  Mileage: 13,200  (Salvage Title/Non-Operational)  (Valuation based on Trustee's expert)  Location: In debtor's possession  **AMENDED** | C | $ 2,000.00 |
| | | Motorcycle - 2003 Ducati Monster 620cc Twin  Mileage: Unknown  (Not registered/Needs engine work/Non-Operational)  (Valuation based on Trustee's expert)  Location: In debtor's possession  **AMENDED** | C | $ 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Page  4  of  5

**AMENDED**

B6B (Official Form 6B) (12/07)

In re **James Chester Weseman and Lori Morse Weseman**,    Case No. **10-11927**
                    Debtor(s)                                                (if known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended 11012010
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **AMENDED**<br>Unused 'Wild Card' Exemption<br>Available but unsued "Wild Card" exemption under CCP §703.140(b)(5) and (b)(1)<br>Location: In debtor's possession | C | $ 0.00 |

Page  5  of  5                              **AMENDED**                 Total → $ 42,100.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re *James Chester Weseman and Lori Morse Weseman*,   Case No. *10-11927*
　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended 11012010

Debtor claims the exemptions to which debtor is entitled under:　　☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Auto - 1966 Lotus Elan S2 | Calif. C.C.P. §703.140(b)(2)<br>Calif. C.C.P. §703.140(b)(5) | $ 3,525.00<br>$ 1,475.00 | $ 5,000.00 |
| Auto - 1973 BMW 2002 Tii | Calif. C.C.P. §703.140(b)(5) | $ 2,000.00 | $ 5,000.00 |
| Auto - 1987 Jeep Comanche | Calif. C.C.P. §703.140(b)(5) | $ 600.00 | $ 600.00 |
| Motorcycle - 1959 Velocette Venom | Calif. C.C.P. §703.140(b)(5) | $ 1,000.00 | $ 7,500.00 |
| Motorcycle - 1969 Triumph T120R | Calif. C.C.P. §703.140(b)(5) | $ 3,000.00 | $ 3,000.00 |
| Motorcycle - 1971 Norton Commando | Calif. C.C.P. §703.140(b)(5) | $ 1,000.00 | $ 4,000.00 |
| Motorcycle - 1974 Norton Commando | Calif. C.C.P. §703.140(b)(5) | $ 1,085.00 | $ 5,000.00 |
| Motorcycle - 1992 BMW R100GS | Calif. C.C.P. §703.140(b)(5) | $ 3,000.00 | $ 3,000.00 |
| Motorcycle - 2003 Ducati Monster | Calif. C.C.P. §703.140(b)(5) | $ 3,000.00 | $ 3,000.00 |

**AMENDED**

Page No. *1* of *1*

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.