B6B (Official Form 6B) (12/07)

In re **James Chester Weseman and Lori Morse Weseman**,  Case No. **10-11927**
       Debtor(s)                                                                (if known)

# SCHEDULE B-PERSONAL PROPERTY
## Amended 11/17/2010

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on hand<br>Location: In debtor's possession | C | $ 2,300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking - Cal Bank & Trust (8506)<br>Location: In debtor's possession | C | $ 3,365.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Misc. household goods<br>(Each item under $550)<br>Location: In debtor's possession | C | $ 5,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc. books, pictures, etc.<br>(Each item under $550)<br>Location: In debtor's possession | C | $ 750.00 |
| 6. Wearing apparel. | | Misc. items of wearing apparel<br>(Each item under $550)<br>Location: In debtor's possession | C | $ 1,000.00 |
| 7. Furs and jewelry. | | Misc. items of jewelry<br>Location: In debtor's possession | C | $ 1,400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Misc. sporting goods/cameras<br>Location: In debtor's possession | C | $ 250.00 |

Page  1  of  5

**AMENDED/ CORRECTED**

B6B (Official Form 6B) (12/07)

In re **James Chester Weseman and Lori Morse Weseman**, Case No. **10-11927**
Debtor(s) (if known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended 11/17/2010
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H<br>Wife--W<br>Joint--J<br>Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Retirement - PERS<br>Location: In debtor's possession | W | $ 2,169.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Law Offices of James C. Weseman, APC - 100% Owner<br>(Close Corp. - Suspended)<br>Location: In debtor's possession | C | $ 0.00 |
| | | Stock - Aegis Technologies<br>Close Corporation - 5,000 shares)<br>Location: In debtor's possession | C | $ 0.00 |
| | | Stock - IVS Technologies<br>(Close corporation - 466,000 shares)<br>Location: In debtor's possession | C | $ 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |

Page  2  of  5

**AMENDED/ CORRECTED**

B6B (Official Form 6B) (12/07)

In re **James Chester Weseman and Lori Morse Weseman**,    Case No. **10-11927**
Debtor(s)                                                                          (if known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended 11/17/2010
(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H  Wife--W  Joint--J  Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | Auto - 1966 Lotus Elan S2  **AMENDED/ CORRECTED**  Mileage: Unknown  (Project car - not registered, dissassembled)  (Valuation based on Trustee's expert)  Location: In debtor's possession | C | $ 5,000.00 |
| | | Auto - 1973 BMW 2002 Tii  **AMENDED/ CORRECTED**  Mileage: Approx. 338,025  (Body damage/Extensive Modifications)  (Valuation based on Trustee's expert)  Location: In debtor's possession | C | $ 5,000.00 |
| | | Auto - 1987 Jeep Comanche  **AMENDED/ CORRECTED**  Mileage: Approx. 300,000  (Body damage/Needs engine & Transmission work)  (Valuation based on Trustee's expert)  Location: In debtor's possession | H | $ 600.00 |
| | | Auto - 1999 Toyota 4Runner  **AMENDED/ CORRECTED**  Mileage: Approx. 124,000  (Valuation based on Trustee's expert)  Location: In debtor's possession | H | $ 4,000.00 |

Page __3__ of __5__                                **AMENDED/ CORRECTED**

B6B (Official Form 6B) (12/07)

In re **James Chester Weseman and Lori Morse Weseman**,    Case No. **10-11927**
    Debtor(s)    (if known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended 11/17/2010
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Motorcycle - 1959 Velocette Venom 500cc Single<br>Mileage: Unknown<br>(Not Registered/Non-Operational)<br>(Valuation based on Trustee's expert)<br>Location: In debtor's possession | **AMENDED/ CORRECTED** C | $ 7,500.00 |
| | | Motorcycle - 1969 Triumph T120R 650cc Twin<br>Mileage: Approx. 29,500<br>(Not registered/Non-Operational)<br>(Valuation based on Trustee's expert)<br>Location: In debtor's possession | **AMENDED/ CORRECTED** C | $ 3,000.00 |
| | | Motorcycle - 1971 Norton Commando 750cc Twin<br>Mileage: Approx. 19,000<br>(Not registered/Non-Operational)<br>(Valuation based on Trustee's expert)<br>Location: In debtor's possession | **AMENDED/ CORRECTED** C | $ 4,000.00 |
| | | Motorcycle - 1974 Norton Commando 850cc Twin<br>Mileage: Approx. 21,000<br>(Valuation based on Trustee's expert)<br>(Not registered/Non-Operational)<br>Location: In debtor's possession | **AMENDED/ CORRECTED** C | $ 5,000.00 |
| | | Motorcycle - 1992 BMW R100GS 980cc Twin<br>Mileage: Approx. 49,000<br>(Not registered/Body Damage)<br>(Valuation based on Trustee's expert)<br>Location: In debtor's possession | **AMENDED/ CORRECTED** | $ 3,000.00 |
| | | Motorcycle - 1998 Ducati Monster M900 Twin | **AMENDED/ CORRECTED** C | $ 2,000.00 |

Page  4  of  5

**AMENDED/
CORRECTED**

B6B (Official Form 6B) (12/07)

In re **James Chester Weseman and Lori Morse Weseman**,                    Case No. **10-11927**
                                 Debtor(s)                                                   (if known)

## SCHEDULE B-PERSONAL PROPERTY
### Amended 11/17/2010
(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H / Wife--W / Joint--J / Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Mileage: 13,200<br>(Salvage Title/Non-Operational)<br>(Valuation based on Trustee's expert)<br>Location: In debtor's possession | | |
| | | Motorcycle - 2003 Ducati Monster 620cc Twin<br>Mileage: Unknown<br>(Not registered/Needs engine work/Non-Operational)<br>(Valuation based on Trustee's expert)<br>Location: In debtor's possession     **AMENDED/CORRECTED** | C | $ 3,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Unused 'Wild Card' Exemption       **AMENDED/CORRECTED**<br>Available but unsued "Wild Card" exemption under CCP §703.140(b)(5) and (b)(1)<br>Location: In debtor's possession | C | $ 0.00 |

Page  5  of  5

**AMENDED/CORRECTED**

Total → $ 58,334.00

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

B6C (Official Form 6C) (04/10)

In re **James Chester Weseman and Lori Morse Weseman**, Case No. **10-11927**
                      Debtor(s)                                       (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
## Amended 11/17/2010

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*
(Check one box)
☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Cash on hand | Calif. C.C.P. §703.140(b)(5) | $ 2,300.00 | $ 2,300.00 |
| Checking - Cal Bank & Trust (8506) | Calif. C.C.P. §703.140(b)(5) | $ 3,365.00 | $ 3,365.00 |
| Misc. household goods | Calif. C.C.P. §703.140(b)(3) | $ 5,000.00 | $ 5,000.00 |
| Misc. books, pictures, etc. | Calif. C.C.P. §703.140(b)(3) | $ 750.00 | $ 750.00 |
| Misc. items of wearing apparel | Calif. C.C.P. §703.140(b)(3) | $ 1,000.00 | $ 1,000.00 |
| Misc. items of jewelry | Calif. C.C.P. §703.140(b)(4) | $ 1,400.00 | $ 1,400.00 |
| Misc. sporting goods/cameras | Calif. C.C.P. §703.140(b)(5) | $ 250.00 | $ 250.00 |
| Retirement - PERS | Calif. C.C.P. §703.140(b)(10)(E) | $ 2,169.00 | $ 2,169.00 |
| Law Offices of James C. Weseman, APC | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 0.00 |
| Stock - IVS Technologies | Calif. C.C.P. §703.140(b)(5) | $ 0.00 | $ 0.00 |
| Auto - 1966 Lotus Elan S2 | Calif. C.C.P. §703.140(b)(2) <br> Calif. C.C.P. §703.140(b)(5) | $ 3,525.00 <br> $ 1,475.00 | $ 5,000.00 |
| Auto - 1973 BMW 2002 Tii | Calif. C.C.P. §703.140(b)(5) | $ 2,000.00 | $ 5,000.00 |
| Auto - 1987 Jeep Comanche | Calif. C.C.P. §703.140(b)(5) | $ 600.00 | $ 600.00 |
| Motorcycle - 1959 Velocette Venom | Calif. C.C.P. §703.140(b)(5) | $ 1,000.00 | $ 7,500.00 |

**AMENDED/CORRECTED**

Page No. 1 of 2

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re **James Chester Weseman and Lori Morse Weseman**,    Case No. **10-11927**
    Debtor(s)    (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT
### Amended 11/17/2010
(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| Motorcycle - 1969 Triumph T120R | Calif. C.C.P. §703.140(b)(5) | $ 3,000.00 | $ 3,000.00 |
| Motorcycle - 1971 Norton Commando | Calif. C.C.P. §703.140(b)(5) | $ 1,000.00 | $ 4,000.00 |
| Motorcycle - 1974 Norton Commando | Calif. C.C.P. §703.140(b)(5) | $ 1,085.00 | $ 5,000.00 |
| Motorcycle - 1992 BMW R100GS | Calif. C.C.P. §703.140(b)(5) | $ 3,000.00 | $ 3,000.00 |
| Motorcycle - 2003 Ducati Monster | Calif. C.C.P. §703.140(b)(5) | $ 3,000.00 | $ 3,000.00 |

**AMENDED/CORRECTED**

Page No. __2__ of __2__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.